PER CURIAM.
Affirmed. See Mullins v. State, 366 So.2d 1162 (Fla.1978) (Alderman, J., concurring), cert. denied, 444 U.S. 883, 100 S.Ct. 173, 62 L.Ed.2d 113 (1979); Wright v. State, 418 So.2d 1087 (Fla. 1st DCA 1982); Neely v. State, 402 So.2d 477 (Fla. 2d DCA 1981); Login v. State, 394 So.2d 183 (Fla. 3d DCA 1981); State v. Ramos, 378 So.2d 1294 (Fla. 3d DCA 1979).
We have examined the issue presented by the cross-appeal and find the cross-appeal to be without merit.